**Opinion issued June 16, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00272-CV

————————————

**ADAN  MENJIVAR, Appellant**

**V.**

**ARMANDO  REYES, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1251780**

---

## MEMORANDUM OPINION

Appellant Adan Menjivar has neither established indigence, paid all the required fees, nor paid for or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of

appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b) (listing fees in court of appeals), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).  Appellant was notified by the Court that this appeal would be subject to dismissal, but he never responded as requested.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

As a result, we dismiss this appeal due to the nonpayment of all required fees and for failing to pay for or make arrangements to pay for the clerk's record.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn and Morgan.